IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BRYANT KORTEZ BATES,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:13-CV-1659-L** |
| | § | |
| **CAROLYN W. COLVIN,** | § | |
| Acting Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff's Motion for Summary Judgment (Doc. 13), filed July 19, 2013, and Defendant's Cross-Motion for Summary Judgment (Doc. 15), filed August 16, 2013.  On January 10, 2014, United States Magistrate Judge Renee Harris Toliver entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court grant Plaintiff's Motion for Summary Judgment, deny Defendant's Cross-Motion for Summary Judgment, and reverse and remand the decision of the Commissioner of the Social Security Administration (the "Commissioner").  No objections to the Report were filed.

After a review of the pleadings, file, record, applicable law, and the magistrate judge's findings and conclusions, the court determines that the magistrate judge's findings and conclusions are correct and **accepts** them as those of the court.  Accordingly, the court **grants** Plaintiff's Motion for Summary Judgment, **denies** Defendant's Cross-Motion for Summary Judgment,  **reverses** the Commissioner's decision, and **remands** this case for further consideration consistent with the Report.

**It is so ordered** this 31st day of January, 2014.

Sam A. Lindsay
United States District Judge