IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BRYANT KORTEZ BATES,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:13-CV-1659-L** |
| | § | |
| **CAROLYN W. COLVIN,** | § | |
| Acting Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act (Doc. 24), filed April 10, 2014. The motion was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on May 19, 2014, recommending that the court grant the Application to the extent that Plaintiff be awarded $12,918.57 for attorney's fees and $400 for costs. No objections to the Report were filed.  After reviewing the application, response and objections, Report, record, and applicable law, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court.  Accordingly, the court **grants** Plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act (Doc. 24) to the extent that Plaintiff is **awarded** and shall recover from Defendant a total of **$13,318.57** for attorney's fees and costs.

**It is so ordered** this 5th day of June, 2014.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page